IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.198.240.23

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Vincentown, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/08/2018 06:41:28 | 5F2FC913EB55911A7C28523EA9854518E946EAA8 | 18 Year Old Models First Time Threesome |
| 05/01/2018 00:42:16 | C8C692FF2146E2D238037AA2FEA950EB22CB0DE0 | In The Mood |
| 04/19/2018 05:58:23 | 9A679F668557C8D0CFE6A0A29EE7A2C8EFF2670C | Never Have I Ever Had A Threesome Like This |
| 04/14/2018 16:13:30 | B98DA85DF1B28331A5D1E0F5CFBEF7A5BC478EF5 | Everybody Plays Three Ways |
| 09/24/2017 09:36:27 | 9A158E376CBB37E2387F613C2D174336C215DD38 | Blonde College Girl Perfection |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

CNJ803